IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kitchen, Armega | Case Number: 07 B 15366 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/22/08 | Filed: 8/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  March 20, 2008
Confirmed:  November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,020.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,850.64 |
| Trustee Fee: | | 169.36 |
| Other Funds: | | 0.00 |
| Totals: | 3,020.00 | 3,020.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,343.00 | 2,850.64 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 28,677.00 | 0.00 |
| 4. | Corporate America Family CU | Unsecured | 4,570.75 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 448.15 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 100.72 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 726.03 | 0.00 |
| 8. | Capital One | Unsecured | 3,512.07 | 0.00 |
| 9. | H&R Accounts Inc | Unsecured | | No Claim Filed |
| 10. | Verizon | Unsecured | | No Claim Filed |
| 11. | Nicor Gas | Unsecured | | No Claim Filed |
| 12. | Verizon | Unsecured | | No Claim Filed |
| 13. | Verizon | Unsecured | | No Claim Filed |
| | | | $ 41,377.72 | $ 2,850.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 132.31 |
| 6.5% | 37.05 |
| | $ 169.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kitchen, Armega | Case Number:  07 B 15366 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  8/23/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                          Marilyn O. Marshall, Trustee, by:

